TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 East Front Street, Suite 401
Missoula, MT 59802
Phone:   (406) 542-8851
FAX:     (406) 542-1476
E-Mail:  Tim.Racicot2@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
JAN 2 5 2023
Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23- 7 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **WIRE FRAUD**<br>Title 18 U.S.C. § 1343<br>(Counts 1-5)<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
| JENNIFER MICHELE HELM, *aka* *Jennifer Michele*,<br><br>Defendant. | |
| | **AGGRAVATED IDENTITY THEFT**<br>Title 18 U.S.C. § 1028A(a)(1)<br>(Counts 6-10)<br>(Penalty: Mandatory minimum two years of imprisonment, consecutive to any other punishment, $250,000 fine, and one year of supervised release) |

THE GRAND JURY CHARGES:

1

# COUNTS 1-5
# WIRE FRAUD

Beginning in approximately September 2016, and continuing until approximately July 2022, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds.

To execute the scheme and artifice to defraud, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, doing business as Sage Interior Designs, LLC, Interior Design Services, and Jennifer Michele Interiors LLC, received money from customers, including by obtaining consent to use their credit card numbers, for items and expenses associated with Helm's interior design business. Rather than use the customers' funds to purchase materials for them, however, Helm used the money for personal expenses and unrelated business expenses, resulting in a total loss in excess of $600,000.

INTERSTATE WIRE COMMUNICATIONS

On or about the dates in the table below, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, in order to execute the scheme and artifice to defraud outlined above, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, including communications between financial institutions in Montana and credit card companies and other financial institutions in other states, in violation of 18 U.S.C. § 1343.

| Count | Date of Card Charge | Charge Amount(s) | Date of Bank Deposit | Bank Deposit Amount | Nature of Transaction |
|---|---|---|---|---|---|
| 1 | 2/4/2018 | $9,157.35 $9,157.95 | 2/5/2018 | $15,384.55 | Unauthorized charges to American Express Credit Card ending in 3024, using Square, Inc., which resulted in deposit to Helm's Glacier Bank Account ending in 7330. |
| 2 | 2/20/2018 | $16,600.00 | 2/21/2018 | $13,943.85 | Unauthorized charge to American Express Credit Card ending in 3024, using Square, Inc., which resulted in deposit to Helm's Glacier Bank Account ending in 7330. |
| 3 | 2/21/2018 | $7,903.00 $16,800.00 | 2/22/2018 | $20,750.21 | Unauthorized charges to American Express Credit Card ending in 3024, using Square, Inc., which resulted in deposit to Helm's Glacier Bank Account ending in 7330. |

| Count | Date of Card Charge | Charge Amount(s) | Date of Bank Deposit | Bank Deposit Amount | Nature of Transaction |
|---|---|---|---|---|---|
| 4 | 2/23/2018 | $16,800.00 | 2/26/2018 | $14,111.85 | Unauthorized charge to American Express Credit Card ending in 3024, using Square, Inc., which resulted in deposit to Helm's Glacier Bank Account ending in 7330. |
| 5 | 2/25/2018 | $7,980.00 | 2/26/2018 | $6,703.05 | Unauthorized charge to American Express Credit Card ending in 3024, using Square, Inc., which resulted in deposit to Helm's Glacier Bank Account ending in 7330. |

AGGRAVATED IDENTITY THEFT
COUNTS 6-10

COUNT 6

On or about February 4, 2018, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1343, wire fraud, as charged in Count 1, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT 7

On or about February 20, 2018, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, JENNIFER MICHELE HELM, *aka*

*Jennifer Michele*, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1343, wire fraud, as charged in Count 2, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT 8

On or about February 21, 2018, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1343, wire fraud, as charged in Count 3, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT 9

On or about February 23, 2018, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, JENNIFER MICHELE HELM, *aka Jennifer Michele*, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1343, wire fraud, as charged in Count 4, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT 10

On or about February 25, 2018, at Whitefish, in Flathead County, in the

State and District of Montana, the defendant, JENNIFER MICHELE HELM, *aka* *Jennifer Michele*, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1343, wire fraud, as charged in Count 5, in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

For _____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney